JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RODOLFO LOPEZ,<br><br>        Petitioner,<br><br>    v.<br><br>MARTIN GAMBOA, Warden,<br><br>        Respondent. | Case No. CV 22-4281-JEM<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed concurrently herewith, IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 15, 2022

                                                                       */s/ John E. McDermott*
                                                                      JOHN E. MCDERMOTT
                                                UNITED STATES MAGISTRATE JUDGE